FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Mario DeLeon Lopez<br>DEFENDANT(S). | CASE NUMBER<br>SACR16-15<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for __March 7_____, _2016_, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick, United States Magistrate Judge_, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/3/2016__          _____/s/ Douglas F. McCormick_____
                              ~~U.S. District Judge~~/Magistrate Judge